# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00337-CV

**In re Kenda Kushner**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator has filed her petition for writ of mandamus and motion for emergency relief, asking this Court to order the trial court to stay a trial setting for Monday, June 19, 2006. We deny the petition for writ of mandamus and overrule the motion for emergency relief. *See* Tex. R. App. P. 52.8.

_____

David Puryear, Justice

Before Justices B. A. Smith, Puryear and Pemberton

Filed: June 16, 2006